IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EDGAR M. BALAGTAS | § | CASE NO. 08-19435-BAM-13 |
| FLORIAN R. BALAGTAS | § | CHAPTER 13 |
| | § | |
| | § | JUDGE MARKELL, BRUCE A. |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**CitiMortgage, Inc.**
P. O. Box 829009
Dallas, Texas 75382-9009

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 8024-N-5881
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for CitiMortgage, Inc.

**CERTIFICATE OF SERVICE**

      I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before September 29, 2008:

**Debtors' Attorney**
Lawrence D. Rouse
Lawrence D. Rouse, Ltd.
523 S. 8TH ST.
LAS VEGAS, NV  89101

**Chapter 13 Trustee**
Kathleen A. Leavitt
302 East Carson St, Suite 300
Las Vegas, Nevada 89101

**U.S. Trustee**
OFFICE OF THE US TRUSTEE
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, Nevada 89101

    /s/ Hilary B. Bonial
_____

    Hilary B. Bonial

8024-N-5881
noaelect