**Entered on Docket**
**June 10, 2010**

*Bruce A. Markell*
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Regions Mortgage
09-78219

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-08-19435-bam |
| Edgar M. Balagtas and Florian R. Balagtas | MS Motion No. 100<br>Date: March 30, 2010<br>Time: 1:30 PM |
| | Chapter 13 |
| Debtors. | |

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 4 Monthly Payments(s) at $3,855.75 | $15,423.00 |
| (January 1, 2010 - April 1, 2010) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $16,323.00 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $2,720.50 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the May 20, 2010 payment and continuing throughout and concluding on or before October 20, 2010. The sixth final payment in the amount of $2,720.50 shall be paid on or before November 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the , payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 3820 Marsh Sparrow Ln , North Las Vegas,  NV 89084, and legally described as follows:

LOT FIFTY-FOUR (54) IN BLOCK ONE (1) OF CLUB ALIANTE UNIT 1 PHASE 2 AS SHOWN MY MAP THEREOF ON FILE IN BOOK 116 OF PLATS, PAGE 84 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND AMENDED BY THAT CERTAIN CERTIFICATE OF AMENDMENT RECORDED JUNE 3, 2004 IN BOOK 20040603 AS INSTRUMNET NO. 01247 OF OFFICIAL RECORDS.

PARCEL I:

RESERVING THEREFROM, AN EASEMENT FOR INGRESS AS EGRESS, USE AND ENJOYMENT OVER THOSE PRIVATE STREETS AND COMMON AREAS AS SHOWN ON THE MAP REFERRED TO ABOVE AND AS SET FORTH IN THE CERTATIN MASTER DECLARATION OF COVENANTS, CONDITIONS, AND RESTRICTIONS AND RESERVATIONS OF EASEMENTS FOR ALIANTE RECORDED NOVEMBER 27, 2002 IN BOOK 20021127 OF OFFICIAL RECORDS, AS DOCUMENT NO. 02998 AND IN THAT CERTAIN DELCARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR CLUB ALIANTE RECORDED MAY 28, 2004 IN BOOK 20040528 OF OFFICIAL RECORDS, AS DOCUMENT NO, 0006080 AND RE-RECORDED AUGUST 17, 2004 IN BOOK 20040817 OF OFFICIAL RECORDS, AS DOCUMENT NO. 000596, AS NOW OR HEREAFTER AMENDED.

PARCEL II:

AN EASEMENT FOR INGRESS AS EGRESS, USE AND ENJOYMENT OVER THOSE PRIVATE STREETS AND COMMON AREAS AS SHOWN ON THE MAP REFERRED TO ABOVE AND AS SET FORTH IN THE CERTATIN MASTER DECLARATION OF COVENANTS, CONDITIONS, AND RESTRICTIONS AND RESERVATIONS OF EASEMENTS FOR ALIANTE RECORDED NOVEMBER 27, 2002 IN BOOK 20021127 OF OFFICIAL RECORDS, AS DOCUMENT NO. 01887 AND IN THAT CERTAIN DELCARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR SUN CITY ALIANTE RECORDED FEBRUARY 20, 2003 IN BOOK 20030220 OF OFFICIAL RECORDS, AS DOCUMENT NO, 00275IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS ANF RESTRICTIONS FOR CLUB ALIANTE RECORDED MAY 28, 2004 IN BOOK 20040528 OF OFFICIAL RECORDS, AS DOCUMENT NO. 0006080 AND RE-RECORDED AUGUST 17, 2004 IN BOOK 20040817 OF OFFICIAL RECORDS, AS DOCUMENT NO. 000596, AS NOW OR HEREAFTER AMENDED.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1     IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make

2   any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured

3   Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file

4   and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of

5   Condition.  For each such Declaration Re Breach of Condition filed, there shall be assessed an

6   attorney fees of $100.00, to be paid by the Debtors upon any reinstatement.  If upon the sixteenth

7   (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this

8   Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may

9   thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable

10   State Law, and take any action necessary to obtain complete possession thereof.

11

12   Submitted by:

13   WILDE & ASSOCIATES

14   By_____

15        **GREGORY L. WILDE, ESQ.**
         Attorneys for Secured Creditor
16        212 South Jones Boulevard
         Las Vegas, Nevada 89107

17
   APPROVED AS TO FORM & CONTENT:
18
   Kathleen A Leavitt                              Lawrence D. Rouse
19
   By_____              By_____
20
21   Kathleen A Leavitt                              Lawrence D. Rouse
   Chapter 13 Trustee                             Attorney for Debtors
22   201 Las Vegas Blvd., So. #200              523 South Eighth Street
   Las Vegas, NV 89101                          Las Vegas, NV 89101
23
24                                                     Nevada Bar No._____
25
26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

__X__ approved the form of this order                          _____ disapproved the form of this order

_____ waived the right to review the order and/or        _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

__X__ approved the form of this order                          _____ disapproved the form of this order

_____ waived the right to review the order and/or        _____ failed to respond to the document


_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order                          _____ disapproved the form of this order

_____ waived the right to review the order and/or        _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order                          _____ disapproved the form of this order

_____ waived the right to review the order and/or        _____ failed to respond to the document


_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor